UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        - v.-

                                           10 Cr. 257 (PAC)

MATTHEW KELLEHER,

        Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 14 OCT 2011

## RESTITUTION ORDER

It is hereby ORDERED that as follows:

1. As a result of his conviction on Counts One and Two of the above-referenced indictment, defendant Matthew Kelleher is adjudged liable for restitution in the amount of **$16,505.60**, payable to the District Council of Carpenters Benefit Funds ("the Funds"), 395 Hudson Street, New York, New York, 10014-7450, Attention: Executive Director.

2. Restitution shall be paid in monthly installments of 10% of gross monthly income during the period of probation.

3. No interest is to accrue on the $16,505.60

So Ordered:

_____
Hon. Paul A. Crotty
U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2011

BY HAND

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   United States v. Matthew Kelleher,
              10 Cr. 257 (PAC)

Dear Judge Crotty:

      Enclosed is the Government's proposed restitution order for defendant Matthew Kelleher. This Court sentenced Mr. Kelleher on September 7, 2011, principally to a term of two years' probation. At the sentencing, the Court also stated its intention of imposing restitution and directed the Government to submit, within 60 days of sentencing, a proposed restitution order. We have consulted with counsel for both Mr. Kelleher and with the victim, the District Council Benefit Funds, about the enclosed proposed order, and there is no objection to it by any party.

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney

               By:     _____
                            Lisa Zornberg
                            Assistant United States Attorney
                            (212) 637-2720

cc:    Irving Cohen, Esq.